UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER DELVALLE,

                        Plaintiff,

                -against-

DOE,

                        Defendant.

25-CV-6685 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se*. By order dated January 15, 2026, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 8.) On January 20, 2026, the Clerk of Court mailed a copy of that order to Plaintiff at his then-address of record on Rikers Island. On March 4, 2026, the Court received a letter from Plaintiff, which is dated February 19, 2026, stating that he has been transferred to Elmira Correctional Facility. (ECF 9.) Plaintiff further states that he did not receive the Court's prior order in the mail, but only recently learned about it through a search of a legal database.

Because Plaintiff did not receive a copy of the Court's January 15, 2026 order, the Court (1) directs the Clerk of Court to mail a copy of that order (ECF 8) to Plaintiff at his current address of record; and (2) grants Plaintiff an additional 30 days to file an amended complaint. Plaintiff must file his amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time prescribed, the Court will direct the Clerk of

Court to enter judgment dismissing this action for the reasons stated in the January 15, 2026

order of dismissal.

SO ORDERED.

Dated:    March 5, 2026
          New York, New York

                                                    *Louis L. Stanton*
                                                    LOUIS L. STANTON
                                                    U.S.D.J.

2