UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER DELVALLE,

                              Plaintiff,

                    -against-

DOE.,

                              Defendant.

25 CIVIL 06685 (LLS)

CIVIL JUDGMENT

For the reasons stated in the January 15, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

        SO ORDERED.

 Dated:    May 8, 2026
           New York, New York

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                        United States District Judge